No. 10–8278. Vasquez-Diaz *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 10–8279. Brown *v.* LaValley, Superintendent, Great Meadow Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 10–8280. Beasley *v.* Schwochert, Acting Warden. Ct. App. Wis. Certiorari denied.

No. 10–8284. Epps *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 10–8285. Clay *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 10–8287. Crawford *v.* United States. Ct. App. D. C. Certiorari denied.

No. 10–8288. Elliot *v.* Berghuis, Warden. C. A. 6th Cir. Certiorari denied.

No. 10–8289. Dominguez *v.* Felker, Warden. C. A. 9th Cir. Certiorari denied.

No. 10–8292. Chavez-Salgado *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 10–8298. Wisenbaker *v.* Farwell, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 10–8299. Williams *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 10–8300. Turner *v.* Barone, Superintendent, State Correctional Institution at Forest, et al. C. A. 3d Cir. Certiorari denied.

No. 10–8304. Brunn *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 10–8307. Rivera-Kader, aka Kader *v.* United States. C. A. 8th Cir. Certiorari denied.